David BURNET, Commissioner of Internal Revenue, Petitioner, v. Lizzie S. MASTICK, etc., Respondent.

David BURNET, Commissioner of Internal Revenue, Petitioner, v. Laura F. M. DOE, et al., etc., Respondents.

ESTATE of Frank P. DOE, Deceased.

Nos. 6419, 6420.

Circuit Court of Appeals, Ninth Circuit.

March 24, 1931.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Howard F. Chadbourne, of San Francisco, Cal., for respondents.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, and agreeably to Rule 20, petition to review in each of above causes dismissed by the clerk.

Minnie BURNS, Appellant, v. UNITED STATES of America, Appellee.

No. 3049.

Circuit Court of Appeals, Fourth Circuit.

Oct. 9, 1930.

C. G. Wyche, of Greenville, S. C., for appellant.

Joseph A. Tolbert, U. S. Atty., of Greenville, S. C., and H. K. Osborne, Asst. U. S. Atty., of Spartanburg, S. C.

PER CURIAM.

Case dismissed under Rule 20 per agreement of counsel.

John CARNEY and Joe Ingram v. UNITED STATES of America.

No. 5757.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1931.

Wm. H. Tyler, Jr., of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Judgment of District Court affirmed as to Ingram and reversed as to Carney, by court order.

John P. CARROLL, Petitioner, v. Honorable Morris A. SOPER, United States District Judge for the District of Maryland, Respondent.

No. 3113.

Circuit Court of Appeals, Fourth Circuit.

Jan. 28, 1931.

John P. Carroll, of Leavenworth, Kan., per se.

O. N. Forrest and Raphael I. Levin, Asst. U. S. Attys., both of Baltimore, Md., for respondent.

PER CURIAM.

Petition for writ of mandamus denied.